UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:22-CR-101 |
| | ) | JUDGE GREER |
| BRANDON HOLLINS, et al | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

To the clerk of this Court and all parties of record:

Please remove me as co-counsel in this case for the United States, and from electronic notifications for this case going forward. Assistant United States Attorney Emily M. Swecker, who currently represents the United States in this case, shall remain as lead counsel.

Respectfully submitted, this the 8th day of October, 2024.

                                            FRANCIS M. HAMILTON, III
                                            UNITED STATES ATTORNEY

By:    s/ *Thomas McCauley*
        THOMAS MCCAULEY,
        ASSISTANT UNITED STATES ATTORNEY
        TN BPR#035250
        220 WEST DEPOT STREET, SUITE 423
        GREENEVILLE, TN   37743
        423/639-6759
        Thomas.McCauley@usdoj.gov